

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| WENDY YOUNGER, | § | |
| | | No. 08-15-00333-CV |
| Appellant, | § | |
| | | Appeal from the |
| v. | § | |
| | | 210th District Court |
| EL PASO COUNTY EMERGENCY | § | |
| SERVICES DISTRICT NO. 2 and EL | | of El Paso County, Texas |
| PASO COUNTY, TEXAS, | § | |
| | | (TC#2014-DCV3923) |
| Appellees. | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and her sureties, if any, *see* TEX.R.APP.P. 43.5, on the judgment and all costs, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2018.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.
Hughes, J. (Not Participating)